**Fill in this information to identify the case:**

Debtor 1: Cynthia Ann Watts

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____ District of CO (State)

Case number: 16-20650-KHT

# Form 4100R
## Response to Notice of Final Cure Payment                                     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 1052 ____ ____ ____

**Property address:** 12509 Eudora Street
Number    Street

Thornton CO 80241
City       State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

[✓] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ 15,412.02

b. Total fees, charges, expenses, escrow, and costs outstanding:         + (b) $ 785.01

c. **Total**. Add lines a and b.                                                        (c) $ 15,047.03

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    06/23/2020
MM / DD / YYYY

Form 4100R                    **Response to Notice of Final Cure Payment**                page 1

Debtor 1 __Cynthia Ann Watts_____   Case number (*if known*) __16-20650-KHT_____
First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Erica Loftis_____   Date __07__/__30__/__2021__
  Signature

Print   __Erica Loftis_____   Title __Authorized Agent_____
        First Name   Middle Name   Last Name

Company   __Ghidotti Berger LLP_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   __1920 Old Tustin Avenue_____
          Number   Street

          __Santa Ana, CA 92705_____
          City   State   ZIP Code

Contact phone   (__949__) __427__ – __2010__   Email __bknotifications@ghidottiberger.com__

SN Servicing Corporation

## Loan History - General

| Loanid: | | Borrower: WATTS | | Telephone: | | | SSN: *****9057 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Arrearage / Forbearance Prin | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Late Charge Amt | Late Charge Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/19/2020 | 12/19/2020 | 12/23/2019 | New Loan | | 0 | 0 | $.00 | $150,924.65 | $150,924.65 | $0.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 12/21/2020 | 12/21/2020 | 12/23/2019 | Escrow Adjustment | | 0 | 0 | ($3,182.07) | $.00 | $150,924.65 | $0.00 | $.00 | $.00 | $.00 | ($3,182.07) | ($3,182.07) | $.00 | $.00 |
| 12/21/2020 | 12/21/2020 | 12/23/2019 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($1,239.79) | $.00 | $150,924.65 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,182.07) | $.00 | $.00 |
| 12/22/2020 | 12/22/2020 | 12/23/2019 | Forebearance Prin Assessment | | 13 | 0 | ($5,590.44) | $.00 | $150,924.65 | $0.00 | $.00 | $.00 | $.00 | $.00 | ($3,182.07) | $.00 | $.00 |
| 12/19/2020 | 12/23/2020 | 12/23/2019 | Unapplied Payment | 3000-47-PA | 0 | 97821 | $511.37 | $.00 | $150,924.65 | $0.00 | $.00 | $511.37 | $511.37 | $.00 | ($3,182.07) | $.00 | $.00 |
| 1/21/2021 | 1/21/2021 | 12/23/2019 | Regular Payment | 3000-41548 | 0 | 101185 | $1,018.47 | $175.08 | $150,749.57 | $0.00 | $628.85 | $.00 | $511.37 | $214.54 | ($2,967.53) | $.00 | $.00 |
| 1/21/2021 | 1/21/2021 | 1/23/2020 | Unapplied Payment | 3000-41548 | 0 | 101185 | $76.73 | $.00 | $150,749.57 | $0.00 | $.00 | $76.73 | $588.10 | $.00 | ($2,967.53) | $.00 | $.00 |
| 2/8/2021 | 2/9/2021 | 1/23/2021 | Late Charge Assessment | | 0 | 0 | ($40.20) | $.00 | $150,749.57 | $0.00 | $.00 | $.00 | $588.10 | $.00 | ($2,967.53) | ($40.20) | $40.20 |
| 2/18/2021 | 2/18/2021 | 2/28/2021 | County Tax Disbursement | property taxes MR 02/18 | 30 | 104695 | ($1,147.42) | $.00 | $150,749.57 | $0.00 | $.00 | $.00 | $588.10 | ($1,147.42) | ($4,114.95) | $.00 | $40.20 |
| 2/19/2021 | 2/19/2021 | 2/5/2021 | Homeowners Policy Disbursement | HOI | 15 | 104950 | ($919.00) | $.00 | $150,749.57 | $0.00 | $.00 | $.00 | $588.10 | ($919.00) | ($5,033.95) | $.00 | $40.20 |
| 3/11/2021 | 3/11/2021 | 2/23/2021 | Late Charge Assessment | | 0 | 0 | ($40.20) | $.00 | $150,749.57 | $0.00 | $.00 | $.00 | $588.10 | $.00 | ($5,033.95) | ($40.20) | $80.40 |
| 3/22/2021 | 3/22/2021 | 1/23/2020 | Regular Payment | 3000-41548 | 0 | 108876 | $1,056.63 | $175.81 | $150,573.76 | $0.00 | $628.12 | $.00 | $588.10 | $252.70 | ($4,781.25) | $.00 | $80.40 |
| 3/22/2021 | 3/22/2021 | 2/23/2020 | Regular Payment | 3000-41548 | 0 | 108876 | $1,056.63 | $176.54 | $150,397.22 | $0.00 | $627.39 | $.00 | $588.10 | $252.70 | ($4,528.55) | $.00 | $80.40 |
| 3/22/2021 | 3/22/2021 | 3/23/2020 | Unapplied Payment | 3000-41548 | 0 | 108876 | $77.14 | $.00 | $150,397.22 | $0.00 | $.00 | $77.14 | $665.24 | $.00 | ($4,528.55) | $.00 | $80.40 |
| 4/8/2021 | 4/8/2021 | 3/23/2021 | Late Charge Assessment | | 0 | 0 | ($40.20) | $.00 | $150,397.22 | $0.00 | $.00 | $.00 | $665.24 | $.00 | ($4,528.55) | ($40.20) | $120.60 |
| 4/20/2021 | 4/20/2021 | 3/23/2020 | PPFN Other Assessment | | 176 | 0 | ($1,150.00) | $.00 | $150,397.22 | $0.00 | $.00 | $.00 | $665.24 | $.00 | ($4,528.55) | $.00 | $120.60 |
| 4/20/2021 | 4/20/2021 | 3/23/2020 | Prior Serv Corp Adv Waiver | | 96 | 0 | $1,150.00 | $.00 | $150,397.22 | $0.00 | $.00 | $.00 | $665.24 | $.00 | ($4,528.55) | $.00 | $120.60 |
| 4/20/2021 | 4/20/2021 | 3/23/2020 | Prior Serv Corp Adv Waiver | | 96 | 0 | $89.79 | $.00 | $150,397.22 | $0.00 | $.00 | $.00 | $665.24 | $.00 | ($4,528.55) | $.00 | $120.60 |
| 4/20/2021 | 4/20/2021 | 3/23/2020 | Interest Only Payment Reversal | 46 SB | 0 | 112748 | ($1,884.36) | $.00 | $150,397.22 | $0.00 | ($1,884.36) | $.00 | $665.24 | $.00 | ($4,528.55) | $.00 | $120.60 |

*Contains Customer Private Information - handle securely.*

**SN Servicing Corporation**

## Loan History - General

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/20/2021 | 4/20/2021 | 2/23/2020 | Principal Adjustment Payment | 46 SB | 0 | 112748 | $1,884.36 | $1,884.36 | $148,512.86 | $0.00 | $.00 | $.00 | $665.24 | $.00 | ($4,528.55) | $.00 | $120.60 |
| 4/20/2021 | 4/20/2021 | 3/23/2020 | Principal Adjustment | | 0 | 0 | $1,785.96 | $1,785.96 | $146,726.90 | $0.00 | $.00 | $.00 | $665.24 | $.00 | ($4,528.55) | $.00 | $120.60 |
| 4/20/2021 | 4/20/2021 | 3/23/2020 | Unapplied Payment Reversal | 45 SB | 0 | 112745 | ($665.24) | $.00 | $146,726.90 | $0.00 | $.00 | ($665.24) | $.00 | $.00 | ($4,528.55) | $.00 | $120.60 |
| 4/20/2021 | 4/20/2021 | 3/23/2020 | Escrow Only Payment | 45 SB | 0 | 112745 | $665.24 | $.00 | $146,726.90 | $0.00 | $.00 | $.00 | $.00 | $665.24 | ($3,863.31) | $.00 | $120.60 |
| 4/20/2021 | 4/20/2021 | 3/23/2020 | Escrow Adjustment | | 0 | 0 | $616.26 | $.00 | $146,726.90 | $0.00 | $.00 | $.00 | $.00 | $616.26 | ($3,247.05) | $.00 | $120.60 |
| 5/3/2021 | 5/3/2021 | 3/23/2020 | Regular Payment | 3000-41548 | 0 | 114588 | $1,018.47 | $192.57 | $146,534.33 | $0.00 | $611.36 | $.00 | $.00 | $214.54 | ($3,032.51) | $.00 | $120.60 |
| 5/3/2021 | 5/3/2021 | 4/23/2020 | Unapplied Payment | 3000-41548 | 0 | 114588 | $76.93 | $.00 | $146,534.33 | $0.00 | $.00 | $76.93 | $76.93 | $.00 | ($3,032.51) | $.00 | $120.60 |
| 5/27/2021 | 5/27/2021 | 4/23/2020 | Legal Fee Assessment | | 1 | 0 | ($150.00) | $.00 | $146,534.33 | $0.00 | $.00 | $.00 | $76.93 | $.00 | ($3,032.51) | $.00 | $120.60 |
| 6/1/2021 | 6/1/2021 | 6/15/2021 | County Tax Disbursement | Property Taxes SB 6/01/21 | 30 | 118515 | ($1,147.42) | $.00 | $146,534.33 | $0.00 | $.00 | $.00 | $76.93 | ($1,147.42) | ($4,179.93) | $.00 | $120.60 |
| 6/1/2021 | 6/1/2021 | 4/23/2020 | Regular Payment | 3000-41548 | 0 | 118591 | $1,018.47 | $193.37 | $146,340.96 | $0.00 | $610.56 | $.00 | $76.93 | $214.54 | ($3,965.39) | $.00 | $120.60 |
| 6/1/2021 | 6/1/2021 | 5/23/2020 | Unapplied Payment | 3000-41548 | 0 | 118591 | $36.53 | $.00 | $146,340.96 | $0.00 | $.00 | $36.53 | $113.46 | $.00 | ($3,965.39) | $.00 | $120.60 |
| 6/2/2021 | 6/2/2021 | 5/23/2020 | Prior Serv Corp Adv Assessment | | 96 | 0 | ($1,500.00) | $.00 | $146,340.96 | $0.00 | $.00 | $.00 | $113.46 | $.00 | ($3,965.39) | $.00 | $120.60 |
| 6/2/2021 | 6/2/2021 | 5/23/2020 | PPFN Other Waiver | | 176 | 0 | $1,150.00 | $.00 | $146,340.96 | $0.00 | $.00 | $.00 | $113.46 | $.00 | ($3,965.39) | $.00 | $120.60 |
| 7/6/2021 | 7/6/2021 | 5/23/2020 | Regular Payment | 3000-41548 | 0 | 123072 | $1,018.47 | $194.18 | $146,146.78 | $0.00 | $609.75 | $.00 | $113.46 | $214.54 | ($3,750.85) | $.00 | $120.60 |
| 7/6/2021 | 7/6/2021 | 6/23/2020 | Unapplied Payment | 3000-41548 | 0 | 123072 | $251.53 | $.00 | $146,146.78 | $0.00 | $.00 | $251.53 | $364.99 | $.00 | ($3,750.85) | $.00 | $120.60 |
| | | | Totals: | | | | ($4,137.36) | $155,702.52 | | | $1,831.67 | $364.99 | | ($3,750.85) | | ($120.60) | |

*Contains Customer Private Information - handle securely.*

**CERTIFICATE OF SERVICE**

On July 30, 2021, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Thomas A. Arany
wlgdnvr@wattongroup.com

COUNSEL FOR DEBTOR
Michael J. Watton
wlgdnvr@wattongroup.com

CHAPTER 13 Trustee
Adam Goodman
mail@ch13colorado.com

US TRUSTEE
USTPRegion19.DV.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On July 30, 2021, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Cynthia Ann Watts
12509 Eudora Street
Thornton, CO 80241

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice