# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re:

CYNTHIA ANN WATTS,

Debtor.

Case No. 16-20650-KHT

Chapter 13

## ORDER RESOLVING DEBTOR'S MOTION TO DETERMINE FINAL CURE PAYMENT OF U.S. BANK TRUST, N. A.

THIS MATTER having come before the court on Debtor's Motion to Determine Final Cure Payment of U.S. Bank Trust, N.A. Pursuant to Fed. R. Bank. P. 3002.1(h) filed by Debtor on August 20, 2021, at docket no. 111. Proper notice having been given, it is hereby

ORDERED that the Parties shall continue to meet and confer, file a status report with the Court no later than September 24, 2021, and, if necessary, file a Certificate of Contested Matter.

Dated: September 15, 2021

BY THE COURT:

_Kimberley H Tyson_
United States Bankruptcy Judge